UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

KEVIN BAILEY
03-A-4625

VS

R. ERCOLE, SUPT.

-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2006 ★
BROOKLYN OFFICE

ORDER
CV 06-2129    (JG)

A hearing will be held in the captioned case on  OCTOBER 27 2006 AT 9:30 AM .

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-613-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson
_____
JOHN GLEESON, U.S.D.J.

Dated: June 16, 2006
       Brooklyn, New York